**Dowell BAILEY, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, Respondent.**

No. 05–1779.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 20, 2006.

Decided Feb. 8, 2006.

S.F. Raymond Smith, Rundle & Rundle, L.C., Pineville, West Virginia, for Petitioner. Howard M. Radzely, Solicitor of Labor, Allen H. Feldman, Associate Solicitor, Patricia M. Nece, Counsel for Appellate Litigation, Rita Roppolo, United States Department of Labor, Washington, D.C., for Respondent.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Dowell Bailey seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's decision and order denying modification of a decision establishing the date of Bailey's entitlement to black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *See Bailey v. Dir., Office of Workers' Comp. Programs,* No. 04–896–BLA (BRB May 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*